Joshua Swigart, Esq. (SBN: 225557)
josh@westcoastlitigation.com
Kevin Lemieux, Esq (SBN: 225886)
kevin@westcoastlitigation.com
**HYDE AND SWIGART**
2221 Camino Del Rio South, Suite 101
San Diego, CA 92108
Telephone: (619) 233-7770
Facsimile: (619) 297-1022

[Other Attorneys of Record Listed on Signature Page]

Attorneys for Plaintiff

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **Rene Sandoval, Individually and on behalf of All Others Similarly Situated,**<br><br>Plaintiff,<br><br>v.<br><br>**Clean Energy Experts, LLC, d.b.a. Solar Research Group,**<br><br>Defendants. | Case No.: 3:17-cv-1300-LAB-JLB<br><br><u>**CLASS ACTION**</u><br><br>**NOTICE OF SETTLEMENT** |

1  PLEASE TAKE NOTICE that this entire action has been settled. The parties anticipate that they will complete the settlement, and file a stipulation of dismissal, within 30 days from the date of this notice.

In light of the settlement, Plaintiff respectfully requests that the Court take off calendar all future hearing dates in this case.

Respectfully submitted,

Date:  July 24, 2017

**HYDE & SWIGART**

By:  s/Kevin Lemieux
Kevin Lemieux
Attorneys for Plaintiff

**Other Attorneys of Record, besides caption page:**

Abbas Kazerounian, Esq. (SBN: 249203)
ak@kazlg.com
**KAZEROUNI LAW GROUP, APC**
245 Fischer Avenue, Suite D1
Costa Mesa, CA 92626
Telephone:   (800) 400-6808
Facsimile:    (800) 520-5523