1  Joshua Swigart, Esq. (SBN: 225557)
   josh@westcoastlitigation.com
2  Kevin Lemieux, Esq (SBN: 225886)
   kevin@westcoastlitigation.com
3  **HYDE AND SWIGART**
4  2221 Camino Del Rio South, Suite 101
   San Diego, CA 92108
5  Telephone: (619) 233-7770
6  Facsimile: (619) 297-1022

7  [Other Attorneys of Record Listed on Signature Page]
8
9  Attorneys for Plaintiff

10              **UNITED STATES DISTRICT COURT**
11              **SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| **Rene Sandoval, Individually and on behalf of All Others Similarly Situated,**<br><br>Plaintiff,<br><br>v.<br><br>**Clean Energy Experts, LLC, d.b.a. Solar Research Group,**<br><br>Defendants. | Case No.: 3:17-cv-1300-LAB-JLB<br><br><u>CLASS ACTION</u><br><br>**AMENDED NOTICE OF SETTLEMENT** |

1       PLEASE TAKE NOTICE that this action has been settled on an individual basis only.  The parties anticipate that they will complete the settlement, and file a "Motion for Dismissal of Action with Prejudice as to the Named Plaintiff and Without Prejudice as to the Putative Class," within 30 days from the date of this notice.

      In light of the settlement, Plaintiff respectfully requests that the Court take off calendar all future hearing dates in this case.

Respectfully submitted,

Date:  July 28, 2017                                                   **HYDE & SWIGART**

                                                        By:  s/Kevin Lemieux
                                                             Kevin Lemieux
                                                              Attorneys for Plaintiff

**Other Attorneys of Record, besides caption page:**

Abbas Kazerounian, Esq. (SBN: 249203)
ak@kazlg.com
**KAZEROUNI LAW GROUP, APC**
245 Fischer Avenue, Suite D1
Costa Mesa, CA 92626
Telephone:   (800) 400-6808
Facsimile:    (800) 520-5523