# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RENE SANDOVAL, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>CLEAN ENERGY EXPERTS, LLC, dba Solar Research Group,<br><br>Defendant. | CASE NO. 17cv1300-LAB (JLB)<br><br>**ORDER OF DISMISSAL** |

The joint motion to dismiss the action with prejudice as to Rene Sandoval, and without prejudice as to the putative class, is **GRANTED**. Fed. R. Civ. P. 41(a). If the parties want the Southern District to retain jurisdiction over any settlement, they must file a consent to jurisdiction by a magistrate judge signed by all parties and counsel. Standing Order § 3.

**IT IS SO ORDERED**.

DATED: September 6, 2017

*[signature]*

**HONORABLE LARRY ALAN BURNS**
United States District Judge